NO. CV40681

| JOHN ALEXANDER SMITH | ) | IN THE DISTRICT COURT |
| | ) | |
| V. | ) | OF HOPKINS COUNTY, |
| | ) | |
| CITY NATIONAL BANK OF | ) | |
| SULPHUR SPRINGS | ) | 62ND JUDICIAL DISTRICT |

FILED
2015 FEB 17 AM 11:01
CHERYL FULCHER
HOPKINS DISTRICT CLERK

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/18/2015 10:39:16 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now CITY NATIONAL BANK OF SULPHUR SPRINGS, pursuant to Rule 25.1 of the Tex. R. App. P., and files this its Notice of Appeal:

I.

The case was filed in the 62nd Judicial District Court of Hopkins County, Texas and styled *John Alexander Smith v. City National Bank of Sulphur Springs*, Cause No. CV40681. The judgment that is being appealed from was entered on December 15, 2014.

II.

City National Bank of Sulphur Springs desires to appeal to the Sixth District Court of Appeals sitting in Texarkana.

III.

This notice is filed by City National Bank of Sulphur Springs, the Defendant in the trial court.

Respectfully submitted,

John R. Mercy
Texas State Bar No. 13947200
MERCY ⋆ CARTER ⋆ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX 75503
Telephone: (903) 794-9419
Facsimile: (903) 794-1268
E-mail: jmercy@texarkanalawyers.com

Coy Johnson
Texas State Bar No. 10698000
Clay Johnson
Texas State Bar No. 24007450
JOHNSON LAW FIRM, P.C.
609 Gilmer Street
Sulphur Springs, TX 75482-4121
Telephone: (903) 885-8866
Facsimile:   (903) 584-1313

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing *Notice of Appeal* as been forwarded to:

Mr. J. Mark Sudderth
NOTEBOOM LAW FIRM
669 Airport Freeway
Hurst, TX 76053

Mr. R. Wesley Tidwell
LAW OFFICES OF ELLIS & TIDWELL
101 W. Houston
Paris, Texas 75460

this 10th day of February, 2015.

John R. Mercy

February 18, 2015        NOTICE OF APPEAL-CIVIL FORM

## CAUSE NO. CV40681

JOHN ALEXANDER SMITH          IN THE DISTRICT COURT

VS.          HOPKINS COUNTY, TEXAS

CITY NATIONAL BANK OF        62ND JUDICIAL DISTRICT
SULPHUR SPRINGS

*************************************************************************

DATE NOTICE OF APPEAL FILED: FEBRUARY 17, 2015

ACCELERATED APPEAL: NO        RESTRICTED APPEAL: NO

DATE OF JUDGMENT: DECEMBER 15, 2014

DATE OF MOTION FOR NEW TRIAL, IF FILED: JANUARY 12, 2015

NAME OF TRIAL COURT JUDGE: HONORABLE WILL BIARD

NAME OF COURT REPORTER: ANNA UPCHURCH

OTHER PARTIES:

| | |
|---|---|
| NAME: JOHN R. MERCY | NAME: J. MARK SUDDERTH |
| ATTORNEY: #13947200 | ATTORNEY: #19461500BY |
| ADDRESS: 1724 GALLERIA OAKS DRIVE | ADDRESS: 669 AIRPORT FREEWAY |
| TEXARKANA, TEXAS 75503 | HURST, TEXAS 76053 |
| PHONE: (903) 794 - 9419 | PHONE: (817) 282 - 9700 |

| | |
|---|---|
| NAME: COY JOHNSON | NAME: |
| ATTORNEY: #10698000 | ATTORNEY |
| ADDRESS: 609 GILMER ST. | ADDRESS: |
| SULPHUR SPRINGS, TEXAS 75482 | |
| PHONE: (903) 885 - 8866 | PHONE: |

| | |
|---|---|
| NAME: WILLIAM CORNELIUS | NAME: |
| ATTORNEY: #04834700 | ATTORNEY: |
| ADDRESS: 909 ESE LOOP 323, | ADDRESS: |
| SUITE 400, TYLER, TEXAS 75701 | |
| PHONE: (903) 509 - 5000 | PHONE: |

CHERYL FULCHER-DISTRICT CLERK, HOPKINS COUNTY, P. O. BOX 391, SULPHUR SPRINGS, TX 75483

BY _Craig_ _____ DEPUTY CLERK